# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | *WARRANT FOR ARREST* |
| v. | |
| JOSE SALVADOR ALCARAZ-CURIEL | 1:24-CR-00071-AKB |
| AKA/JOSE ALCARAZ; JOSE S. ALCARAZ & JOSE CURIEL | |

**RECEIVED**
*By United States Marshals Service at 10:43 am, Mar 13, 2024*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JOSE SALVADOR ALCARAZ-CURIEL** and bring forthwith to the nearest magistrate judge to answer **INDICTMENT** charging with the below listed violation.

8 U.S.C. § 1326 (a) & (b) DEPORTED ALIEN FOUND IN THE UNITED STATES



United States Courts
District of Idaho
**ISSUED**
*Laura McInnes*
on Mar 13, 2024 10:38 am

March 13, 2024
Date

---

**RETURN**

---

This warrant was received ___3/13/2024___ and executed with the arrest of the above-name individual at __Boise, ID__.

_____

_____*J. See*_____     _____5/3/2024_____
Signature of Arresting Officer          Date of Arrest

_Signing on behalf of ICE Nyland_
Name & Title of Arresting Officer