Nicole Owens
FEDERAL PUBLIC DEFENDER
Mark Ackley
First Assistant
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
JOSE SALVADOR ALCARAZ-CURIEL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE AMANDA K. BRAILSFORD)

| UNITED STATES OF AMERICA, | ) | 1:24-cr-00071-AKB |
|---|---|---|
| Plaintiff, | ) | NOTICE OF INTENT TO PLEAD GUILTY |
| vs. | ) | |
| JOSE SALVADOR ALCARAZ-CURIEL A/K/A JOSE ALCARAZ A/K/A JOSE S. ALCARAZ A/K/A JOSE CURIEL, | ) | |
| Defendant. | ) | |

TO: CLERK OF THE COURT, UNITED STATES DISTRICT COURT
JOSHUA HURWIT, UNITED STATES ATTORNEY
FRANCIS ZEBARI, ASSISTANT UNITED STATES ATTORNEY

COMES NOW, the defendant, Jose Salvador Alcaraz-Curiel a/k/a Jose Alcaraz a/k/a Jose S. Alcaraz a/k/a Jose Curiel, by and through his counsel of

record, Mark Ackley, and the Federal Defender Services of Idaho, and respectfully notifies the Court that it is his intention to plead guilty as charged in the single count Indictment to the charge of Deported Alien Found in the United States, in violation of 8 U.S.C. § 1326 (a) & (b). A signed plea agreement with the government may follow the filing of this Notice.

Accordingly, Mr. Alcaraz-Curiel respectfully requests that the Court vacate his current trial date of September 9, 2024, and set a date for his change of plea at the Court's earliest convenience.

Dated: August 29, 2024

Respectfully submitted,
NICOLE OWENS
FEDERAL PUBLIC DEFENDER
By:


<u>/s/ Mark Ackley</u>
Mark Ackley
First Assistant
Federal Defender Services of Idaho
Attorneys for Defendant
JOSE SALVADOR ALCARAZ-CURIEL
A/K/A JOSE ALCARAZ A/K/A JOSE S.
ALCARAZ A/K/A JOSE CURIEL

## CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document, NOTICE OF INTENT TO PLEAD GUILTY, was served on all parties named below on this 29th day of August 2024.

| | |
|---|---|
| Francis Zebari, Assistant U.S. Attorney<br>Office of the United States Attorney<br>1290 West Myrtle Street, Suite 500<br>Boise, ID 83702<br>Frank.Zebari@usdoj.gov | ____ Hand Delivery<br>____ United States Mail<br>__X__ CM/ECF Filing<br>____ Email Transmission |

Dated: August 29, 2024        /s/ Sybil Davis
                              Sybil Davis